
FILED
2018 Mar-07 PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A
# Herlihy Email Confirming Settlement Agreement
# Fri, January 19, 2018 6:04 pm

-------- Original Message --------
Subject: RE: 1818 Farms
From: "David Herlihy" <david@herlihylaw.com>
Date: Fri, January 19, 2018 6:04 pm
To: "Jon Holland" <JHolland@maynardcooper.com>
Cc: "Jeff Baker" <bakerlaw@aol.com>

Dear Jon,

Thank you for providing Natasha McCrary's name as the sole principal of 1818 Farms, LLC ("1818").

Further to the discussion with Jeff, you and me, I will prepare the long form settlement agreement to memorialize the terms we agreed upon today, namely the payment by 1818 to Plum Island Soap Company, LLC ("PISC") of fifteen thousand dollars ($15,000.00), and the terms set forth in sections 2-6 in your letter of January 5, 2018 ("Settlement Agreement").

Best, David

--
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at david@herlihylaw.com or by telephone at (617) 964-4006, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
--

Law Office of David Herlihy
14 Staniford Street
Newton, MA 02466
P:(617) 964-4006
F:(617) 964-4016

-------- Original Message --------
Subject: 1818 Farms
From: Jon Holland <JHolland@maynardcooper.com>
Date: Fri, January 19, 2018 4:58 pm
To: "David Herlihy (david@herlihylaw.com)" <david@herlihylaw.com>

Hi David. Per our conversation, I am sending you information on the principals of 1818 Farms. In this regard, 1818 Farms is a single member LLC with the sole owner being:

Natasha McCrary

24889 Lauderdale Street
Mooresville, Alabama 35649

I am assuming that "principal" does not include officers who have no ownership interest in the LLC. If we are not on the same page there, let's discuss. Thanks.

Jon E. Holland
655 Gallatin St. SW
Huntsville, AL 35801
Telephone: 256.512.0113
Fax: 256.512.0119
www.maynardcooper.com

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.