FILED
 2018 Mar-07  PM 04:11
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# Exhibit E
## Email First Notification of Alabama Action
### Thu, February 01, 2018 11:13 am

-------- Original Message --------
Subject: Fwd: 1818 Farms
From: bakerlaw@aol.com
Date: Thu, February 01, 2018 11:13 am
To: pisoap@aol.com, david@herlihylaw.com

-----Original Message-----
From: Traci Ebbert <TEbbert@maynardcooper.com>
To: bakerlaw <bakerlaw@aol.com>
Cc: Brandon Browning <BBrowning@maynardcooper.com>
Sent: Thu, Feb 1, 2018 10:32 am
Subject: 1818 Farms

Dear Mr. Baker,

Please find attached a copy of a Complaint filed in Northern District of Alabama on behalf of 1818 Farms, LLC against Plum Island Soap Company, LLC.  Also attached is a Waiver of Service form.  A copy of the Complaint, two copies of the waiver form and pre-paid means for you to return one signed copy of the form are being overnighted to you.

**TRACI EBBERT**
Intellectual Property Paralegal
T: **205.488.3572**

tebbert@maynardcooper.com
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35203

www.maynardcooper.com


**Please consider the environment before printing this email.**

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not

the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.